In the Matter of the Tax Appeal of
## VALLEY OF THE TEMPLES CORPORATION,
Appellant

NO. 5479

SEPTEMBER 24, 1974

RICHARDSON, C.J., KOBAYASHI,
OGATA, MENOR, JJ., KIMURA,
Circuit Judge, for the vacancy

*Per Curiam.* The record of this case fails to reflect any reversible error.

Affirmed.

*George G. Grubb, Carlsmith Carlsmith Wichman* and *Case,* of counsel, for appellant.

*Richard Y. Wada,* Deputy Attorney General *(George Pai,* Attorney General, with him on the brief), for Director of Taxation, appellee.